UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CARFAX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PATRICK K. WILLIS COMPANY, INC., D/B/A AMERICAN RECOVERY SERVICE, <br><br> Defendant. | CIVIL ACTION NO. 19-1294 <br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(I)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice.

Dated: November 7, 2019

Respectfully submitted,

CARFAX, INC.

/s/ _____
Sarah W. Sigurdson (Va. Bar No. 94479)
Carfax, Inc.
5860 Trinity Pkwy., Suite 600
Centreville, VA 20120
Telephone: (703) 934-2664
Facsimile: (703) 995-4664
E-mail: SarahSigurdson@carfax.com

Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2019, a copy of the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) was filed electronically and served by mail along with the Notice of Electronic Filing on Defendant via Defendant's Registered Agent:

Joel Levy
Hefner Law
2150 River Plaza Dr., Suite 450
Sacramento, CA 95833

Dated: November 7, 2019

Respectfully submitted,

CARFAX, INC.

/s/ _____
Sarah W. Sigurdson (Va. Bar No. 94479)
Carfax, Inc.
5860 Trinity Pkwy., Suite 600
Centreville, VA 20120
Telephone: (703) 934-2664
Facsimile: (703) 995-4664
E-mail: SarahSigurdson@carfax.com

Counsel for Plaintiff