# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

CARFAX, INC.,

                              Plaintiff,

        vs.

PATRICK K. WILLIS COMPANY, INC., D/B/A
AMERICAN RECOVERY SERVICE,

                            Defendant.

CIVIL ACTION NO. 19-1294

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i)**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(I)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice.

Dated: November 7, 2019

        Respectfully submitted,

        CARFAX, INC.

        /s/
        Sarah W. Sigurdson (Va. Bar No. 94479)
        Carfax, Inc.
        5860 Trinity Pkwy., Suite 600
        Centreville, VA 20120
        Telephone: (703) 934-2664
        Facsimile: (703) 995-4664
        E-mail: SarahSigurdson@carfax.com

        Counsel for Plaintiff

So Ordered

/s/
Leonie M. Brinkema   11/15/19
United States District Judge